# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2300
_____

United States of America

*Plaintiff - Appellee*

v.

Jack Eugene Knight

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Nebraska - Lincoln
_____

Submitted: January 18, 2021
Filed: January 22, 2021
[Unpublished]
_____

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Jack Knight appeals the sentence imposed by the district court[1] after he pleaded guilty to assaulting a federal employee. His counsel has moved for leave to withdraw,

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence was unreasonable.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence, as the court properly considered the factors listed in 18 U.S.C. § 3553(a) and did not err in weighing the relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (sentences are reviewed for substantive reasonableness under deferential abuse of discretion standard; abuse of discretion occurs when court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors). Further, the court imposed a sentence below the Guidelines range. <u>See</u> <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting that when district court has varied below Guidelines range, it is "nearly inconceivable" that court abused its discretion in not varying downward further).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____